# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

RAMON ARMAS BORROTO, JR.,

    Plaintiff,

v.                                    CASE NO. 5:04cv165-RH/WCS

OFFICER McDONALD, et al.,

    Defendants.

_____/

## ORDER DENYING MOTION TO DISMISS

This matter is before the court on the magistrate judge's report and recommendation (document 38), and the objections thereto (document 41). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The Report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendants' motion to dismiss (document 24) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 8th day of July, 2005.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge