IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RAMON ARMAS BORROTO, JR.,**

    Plaintiff,

vs.                                  Case No. 5:04cv165-RH/WCS

**OFFICER McDONALD, et al.,**

    Defendants.

_____/

## O R D E R

Before the Court are several motions filed by Defendants. Defendants request additional time in which to file the special report that was due on August 23, 2005. Doc. 50. Additionally, Defendants have moved to stay the special report proceedings. Doc. 49.

On July 8, 2005, my report and recommendation, doc. 38, was adopted and Defendants' motion to dismiss, doc. 24, was denied. Doc. 42. Upon the order of remand, doc. 42, Defendants were directed to file the special report. Doc. 43. Defendants have now filed (on August 19, 2005) a motion for reconsideration of the order denying the motion to dismiss or, in the alternative, a motion to certify an interlocutory appeal. Doc. 48. The basis for that motion is a case decided by the

Eleventh Circuit on July 26, 2005: <u>Johnson v. Meadows</u>, 418 F.3d 1152 (11th Cit. 2005). No ruling has yet been entered on that motion by the district judge. Until that motion is resolved, the Defendants should not be required to file the special report. Accordingly, the motion to stay the special report, doc. 49, is granted in part. No recommendation is entered on the alternative motion to certify interlocutory appeal. Furthermore, the motion to extend the time in which to file the special report, doc. 50, is granted in part. Defendants will be given a new deadline for filing the special report, but it is anticipated that the extended time period will be shorter than the requested thirty days in light of the length of these proceedings already.[1]

Accordingly, it is

**ORDERED:**

1. Defendants' motion to stay the special report proceedings, doc. 49, is **GRANTED in part**.

2. Defendants' motion for enlargement of time to file the special report, doc. 50, is **GRANTED in part**.

3. A new deadline for submitting the special report will be entered after a ruling has been issued on the motion for reconsideration or, in the alternative, motion to certify an interlocutory appeal, doc. 48.

4. The Clerk shall return this file to the undersigned after a ruling is entered on the pending motion, doc. 48.

---

[1] Plaintiff initiated this case on July 19, 2004, doc. 1, service was effected as early as November 2, 2004, doc. 13, and the motion to dismiss was filed on January 20, 2005. Doc. 24.

Case No. 5:04cv165-RH/WCS

**DONE AND ORDERED** on September 7, 2005.

                                  **s/    William C. Sherrill, Jr.**
                                  **WILLIAM C. SHERRILL, JR.**
                                  **UNITED STATES MAGISTRATE JUDGE**